

COM.

v.

BROWN, F.

1256 EDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–45–CR–0000466–2015
(Monroe)
Affirmed

COM.

v.

MILLER, L.

1403 EDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–51–CR–0001474–2008 (Philadelphia)
Vacated/Remanded

COM.

v.

WILLIS, J.

1588 EDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–51–CR–0009854–2013 (Philadelphia)
Affirmed

COM.

v.

WATTS, T.

2032 EDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–51–CR–0707102–2001 (Philadelphia)
Affirmed

IN the INTEREST OF:
A.S.M.B., a Minor

2363 EDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–51–AP–0000634–2015 (Philadelphia)
Affirmed

IN the INTEREST OF:
A.S.M.B., a Minor

2367 EDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–51–AP–0000635–2015
Affirmed

